| UNITED STATES BANKRUPTCY COURT<br>_____ District of _____ | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br><br>ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☐ Chapter 11       Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>                          Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check **one** box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☐ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td colspan="1"> <b>Exhibit A</b> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br>☐    Exhibit A is attached and made a part of this petition.</td><td> <b>Exhibit B</b> (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        (Date)</td></tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☐    No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☐    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | |
|---|---|
| *(This page must be completed and filed in every case.)* | |
| **Signatures** | |

| **Signature(s) of Debtor (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

    _____
    Telephone Number (if not represented by attorney)

    _____
    Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

    _____
    (Printed Name of Foreign Representative)

    _____
    Date

**Signature of Attorney***

X _____
    Signature of Attorney for Debtor(s)

    _____
    Printed Name of Attorney for Debtor(s)

    _____
    Firm Name

    _____
    Address

    _____
    Telephone Number

    _____
    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Authorized Individual

    _____
    Printed Name of Authorized Individual

    _____
    Title of Authorized Individual

    _____
    Date

_____
Address

X _____
    Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

_____ District of _____

In re_____          Case No._____
           Debtor                                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

❐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

❐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

_____
_____
_____
_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❐ 4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

❐ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❐ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❐ Active military duty in a military combat zone.

❐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: _____

**IN RE** **Paradise, Michael** _____    Case No. _____
Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0770101944**<br>**CitiMortgage, Inc**<br>**POBox 790005**<br>**St. Louis, MO  63179-0005** | X | J | **Mortgage on residence at 1621 E Barberry Lane, Mount Prospect, IL 60056-1511**<br><br>VALUE $ **375,000.00** | | | | **228,000.00** | |
| ACCOUNT NO. **2013 CH 16614**<br>**CitiMortgage, Inc**<br>**% Hauselman Rappin & Olswang LTD**<br>**39 South LaSalle Street Ste 1105**<br>**Chicago, IL  60603** | | J | **attorneys for pending foreclosure**<br><br>VALUE $ **375,000.00** | | | | **0.00** | |
| ACCOUNT NO.<br>**JPMorgan Chase Home Equity**<br>**Home Equity Loan Servicing**<br>**PO Box 24714**<br>**Columbus, OH  43224** | X | | <br>VALUE $ **375,000.00** | | | | **165,000.00** | **18,000.00** |
| ACCOUNT NO. **13 CH 21826**<br>**JPMorgan Chase Home Equity**<br>**% Freedman Anselmo Lindberg LLC**<br>**1771 W Diehl Rd Ste 150**<br>**Naperville, IL  60563-4947** | | J | **attorneys for pending foreclosure**<br><br>VALUE $ **375,000.00** | | | | **0.00** | |

___**1**___ continuation sheets attached

Subtotal (Total of this page)    $ **393,000.00**  $ **18,000.00**

Total (Use only on last page of the completed Schedule D. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $ _____  $ _____

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

Official Form 6D (10/06) - Cont.

IN RE **Paradise, Michael** _____   Case No. _____
                              Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0100059375** | X | | **time share in Florida property** | | | | **1,300.00** | **1,300.00** |
| **Marriott Vacation Club** **POBox 8038** **Lakeland, FL  33802-8038** | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

Sheet no. _____ **1** of _____ **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  $ **1,300.00**   $ **1,300.00**

Total
(Use only on last page of the completed Schedule D. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ **394,300.00**   $ **19,300.00**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

**IN RE** Paradise, Michael                                                    Case No. _____

Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1** continuation sheets attached

**SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6E (04/07) - Cont.

IN RE **Paradise, Michael**                                                  Case No. _____
                          Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**IDOR Bankruptcy Section**<br>**Level 7-425**<br>**100 W Randolph St**<br>**Chicago, IL 60601** | | | **for bankruptcy notices** | | | | 0.00 | | |
| ACCOUNT NO. 36-3799499<br>**IDOR Lien Unit**<br>**POBox 19035**<br>**Springfield, IL 62794-9035** | | | **Lien filed against corporation MAE Specialties Industries Inc; no claim made for personal liability** | X | | X | 15,000.00 | 1.00 | 14,999.00 |
| ACCOUNT NO. 959155<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | X | | **alleged balance for 2010 taxes which should have abated after return was amended** | X | | X | 46,300.00 | 46,300.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ **61,300.00** | $ **46,301.00** | $ **14,999.00** |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **61,300.00** | | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **46,301.00** | $ **14,999.00** |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS**

Official Form 6F (10/06)

IN RE **Paradise, Michael** _____    Case No. _____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**A & B FREIGHT LINE INC**<br>POBOX 6026<br>ROCKFORD, IL   61125-102 | | | | | | | 11,374.35 |
| ACCOUNT NO. **1717942312599**<br>**A T & T**<br>POBox 5019<br>Carol Stream, IL   60197-5019 | | | business phone service | | | | 2,650.00 |
| ACCOUNT NO. **424597029**<br>**Allied Waste Svcs NA**<br>% RMS;  4836 Brecksville Rd<br>POBox 523<br>Richfield, OH  44286 | | | business service | | | | 700.00 |
| ACCOUNT NO. **424596971**<br>**Allied Waste Svcs NA**<br>% RMS;  4836 Brecksville Rd<br>POBox 523<br>Richfield, OH  44286 | | | business services | | | | 1,910.00 |

**14** continuation sheets attached

Subtotal (Total of this page) $ 16,634.35

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE Paradise, Michael

Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**ALTEC PACKAGING SYSTEMS**<br>**216 West Higgins Road**<br>**Park Ridge, IL  60068** | | | | | | | **0.00** |
| ACCOUNT NO. **2011 M1 129814** <br><br>**Altec Packaging Systems Inc**<br>**% DiMonte & Lizak LLC**<br>**216 West Higgins Road**<br>**Park Ridge, IL  60068** | | | **Default judgment despite questionable personal liability** | | | | **19,000.00** |
| ACCOUNT NO. **xxxx 461004** <br><br>**American Express**<br>**POBox 297879**<br>**Ft Lauderdale, FL  33329-7879** | | | **Credit card** | | | | **4,445.00** |
| ACCOUNT NO. **xxxx 761007** <br><br>**American Express**<br>**% Zwicker & Associates PC**<br>**80 Minuteman Rd**<br>**Andover, MA  01810-1008** | | | **collection account** | | | | **7,225.00** |
| ACCOUNT NO. <br><br>**American Express**<br>**POBox 981535**<br>**El Paso, TX  79998-1531** | | | **For notice purposes** | | | | **0.00** |
| ACCOUNT NO. **xxxx 5837** <br><br>**AmeriCash Loans**<br>**1798 S Arlington Hts Rd**<br>**Arlington Heights, IL  60005** | | | **personal loan from _____** | | | | **0.00** |
| ACCOUNT NO. **137972** <br><br>**Anderson Pest Solutions**<br>**501 W Lake Street, #204**<br>**Elmhurst, IL  60126-1419** | | | **business services** | | | | **150.00** |

Sheet no. _____**1**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **30,820.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

**IN RE** Paradise, Michael                                                Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Anita Rackow Trust**<br>**% Lucas & Apostolopoulos Ltd**<br>**881 W Lake St**<br>**Addison, IL  60101** | X | | **business landlord; no lease; month-to-month; possible claim for holdover liability despite new tenant occupancy** | | | | 10,000.00 |
| ACCOUNT NO. **111**<br>**Artmark Products Corporation**<br>**11315 N.W. 36th Terrace**<br>**Miami, FL  33178** | | | **business supplier** | | | | 3,730.00 |
| ACCOUNT NO.<br>**Artmark Products Corporation**<br>**% Vericore Llc**<br>**10115 Kincey Ave #100**<br>**Huntersville, NC  28078** | | | **For notice purposes** | | | | 0.00 |
| ACCOUNT NO. **765254**<br>**Buckeye Fasteners**<br>**% Commercial Collection Corp Of NY**<br>**34 Seymour St**<br>**Tonawanda, NY  14150** | | | **collector** | | | | 0.00 |
| ACCOUNT NO. **765254**<br>**Buckeye Fasteners**<br>**% Ingold Law**<br>**5672 Main Street**<br>**Williamsville, NY  14221** | | | **For notice purposes** | | | | 0.00 |
| ACCOUNT NO.<br>**BUCKEYE FASTENERS**<br>**POBOX 5854**<br>**CLEVELAND, OH  44193** | | | **business supplier** | | | | 7,446.42 |
| ACCOUNT NO. **4802-1375-2341-2072**<br>**Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT  84130-0285** | | | **Corporate credit card w personal liability** | | | | 23,200.00 |

Sheet no. ___**2**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 44,376.42

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Paradise, Michael** _____    Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Carolee Esposito** | X | | **personal loan for business** | | | | 60,000.00 |
| ACCOUNT NO. **103902**<br>**Catching Fluid Power Inc**<br>**% Receivables Control Corp**<br>**7373 Kirkwood Court #200**<br>**Minneapolis, MN  55369** | | | **business supplier** | | | | 16,930.00 |
| ACCOUNT NO. **003247**<br>**CBRE Inc**<br>**Fbo IFA III Devon Avenue LLC**<br>**1900 Devon Avenue**<br>**Elk Grove Village, IL  60007** | | | **business landlord for 1930 E Devon, Elk Grove Village, IL** | | | | 72,000.00 |
| ACCOUNT NO. **6722363051**<br>**ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL  60197-6111** | | | **business utility service at 454 Country Club Dr, Bensenville, IL** | | | | 550.00 |
| ACCOUNT NO. **30050**<br>**Component Technologies International Inc**<br>**% Robert Boylan, Foran Glennon Et Al**<br>**222 North LaSalle Street, Ste 1400**<br>**Chicago, IL  60601** | | | **Alleged balance due on various invoices for fasteners and component parts; disputed personal liability** | | | X | 102,000.00 |
| ACCOUNT NO.<br>**Country Gas - Crystal Lakes**<br>**4010 US Hwy 14**<br>**Crystal Lake, IL  60014** | | | **business supplier** | | | | 2,650.00 |
| ACCOUNT NO.<br>**Country Gas - Crystal Lakes**<br>**% TekCollect**<br>**POBox 1269**<br>**Columbus, OH  43216** | | | **For notice purposes** | | | | 0.00 |

Sheet no. ___**3**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **254,130.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

**IN RE** Paradise, Michael

Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **60-135**<br>**Country Gas - Crystal Lakes**<br>**% Philip B Willette Co, LPA**<br>**POBox 790**<br>**Pickerington, OH  43147** | | | For notice purposes | | | | 0.00 |
| ACCOUNT NO.<br>**CSM FASTENER PRODUCTS**<br>**POBOX 92170**<br>**ELK GROVE VILLAGE, IL  60007** | | | | | | | 179,890.41 |
| ACCOUNT NO. **166633**<br>**Culligan Of Wheeling**<br>**270 W Palatine Rd**<br>**Wheeling, IL  60090** | | | business service | | | | 150.00 |
| ACCOUNT NO.<br>**CURTIS METAL FINSIHING**<br>**POBOX 276**<br>**TROY, MI  48099** | | | | | | | 7,805.99 |
| ACCOUNT NO.<br>**Dar-Tech LLC**<br>**Attn Frank Jaeschke**<br>**735 Industrial Drive**<br>**Cary, IL  60013** | | | business supplier | | | | 2,500.00 |
| ACCOUNT NO.<br>**Dayton Freight Lines Inc**<br>**% Marc S Lichtman & Assoc**<br>**222 North LaSalle Street #200**<br>**Chicago, IL  60601** | | | business shipping | | | | 15,500.00 |
| ACCOUNT NO.<br>**Debbie Paradise**<br>**1621 E Barberry Lane**<br>**Mount Prospect, IL  60056-1511** | | | **Contingent liability as codebtors for various personal and business obligations**<br>**Subject to Setoff** | X | X | X | **unknown** |

Sheet no. _____**4**_ of _**14**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **205,846.40**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

**IN RE** Paradise, Michael
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Detroit Washers & Specials<br>32235 Industrial Rd<br>Livonia, MI  48150** | | | business supplier; several orders | | | | 32,000.00 |
| ACCOUNT NO.<br>**Detroit Washers & Specials<br>POBox 77000<br>Detroit, MI  48227-0090** | | | For notice purposes | | | | 0.00 |
| ACCOUNT NO.<br>**DU-ALL AUTOMATION<br>5711 W. GRAND AVE<br>CHICAGO, IL  60639** | | | | | | | 6,915.43 |
| ACCOUNT NO. **2143880**<br>**Earnest Machine Products Co<br>1250 Linda Street #301<br>Rocky River, OH  44116** | | | business supplier | | | | 1,300.00 |
| ACCOUNT NO. **54158703**<br>**Earthlink<br>%EOS CCA<br>700 Longwater Drive<br>Norwell, MA  02061** | | | business account | | | | 120.00 |
| ACCOUNT NO.<br>**EFC International<br>POBOX 790051<br>ST. LOUIS, MO  63179-005** | | | claim handled by attorney Michael Weis | | | | 0.00 |
| ACCOUNT NO.<br>**ELITE FASTENERS<br> 2005  15TH STREET<br> ROCKFORD, IL  61104** | | | | | | | 9,772.27 |

Sheet no. ___**5**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **50,107.70**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Paradise, Michael
_____    Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **12 M1 132107** <br> **Engineered Fastener Company** <br> **% Michael David Weis** <br> **POBox 1166** <br> **Northbrook, IL  60065** | X | | **Personal liability for corporate judgment and supplemental proceedings** | | | | **1,325.00** |
| ACCOUNT NO. **12 M1 132107** <br> **Engineered Fastener Company** <br> **% Michael David Weis** <br> **POBox 1166** <br> **Northbrook, IL  60065** | | | **Default judgment against company** | | | | **18,000.00** |
| ACCOUNT NO. <br> **FAC Logistics Inc** <br> **7320 S Madison St #800** <br> **Willowbrook, IL  60527** | | | **business shipping** | | | | **3,800.00** |
| ACCOUNT NO. **3130100260** <br> **Jared Galleria of Jewelry** <br> **POBox 1799** <br> **Akron, OH  44309** | | | **store account for gifts; Debtor has been told that the mdse was stolen from recipient in _____** | | | | **1,855.00** |
| ACCOUNT NO. <br> **KANEBRIDGE CORP** <br> **LOCKBOX 8542 POBOX 8500** <br> **PHILADELPHIA, PA  19178-854** | | | **for notice purposes** | | | | **0.00** |
| ACCOUNT NO. **7180879** <br> **Kanebridge Corporation** <br> **153 Bauer Drive** <br> **Oakland, NJ  07436** | | | **business supplier** | | | | **16,500.00** |
| ACCOUNT NO. **3104328133** <br> **Kay Jewelers** <br> **POBox 1799** <br> **Akron, OH  44309** | | | **store account for gifts; Debtor has been told that the mdse was stolen from recipient in _____** | | | | **4,696.00** |

Sheet no. _____ **6** of _____ **14** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **46,176.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE **Paradise, Michael**
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**KDS IMPORTS INC**<br>**1350 REMINGTON ROAD**<br>**SCHAUMBURG, IL  60173** | | | business supplier | | | X | 98,931.04 |
| ACCOUNT NO. **157058**<br>**Lindstrom Metric**<br>**% Teller Levit & Silvertrust PC**<br>**19 S LaSalle Street #701**<br>**Chicago, IL  60603** | | | business supplier | | | | 5,000.00 |
| ACCOUNT NO.<br>**LSQ Funding Group LC**<br>**POBox 809209**<br>**Chicago, IL  60680-9209** | | | For notice purposes | | | | 0.00 |
| ACCOUNT NO.<br>**LSQ Funding Group LC**<br>**2600 Lucien Way #100**<br>**Maitland, FL  32751** | X | | Purchaser of Corporate Receivables pursuant to 2008 Factoring Agreement; Corporation contract guaranteed personally by Debtor [and spouse?] | | | | 0.00 |
| ACCOUNT NO.<br>**LSQ Funding Group LC**<br>**% Morgan & Morgan PA; Tucker Byrd**<br>**20 North Orange Ave, Ste 1500**<br>**Orlando, FL  32802-4979** | | | | | | | 530,000.00 |
| ACCOUNT NO. **SO54745**<br>**Mechanical Plastics Corp**<br>**110 Richards Avenue**<br>**Norwalk, CT  06854** | | | business supplier | | | | 3,883.00 |
| ACCOUNT NO. **1157614**<br>**Metric Fasteners Corporation**<br>**2833 Charter Street**<br>**Columbus, OH  43228** | | | business supplier | | | | 2,950.00 |

Sheet no. _____**7** of _____**14** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **640,764.04**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE **Paradise, Michael** _____    Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2013 M1 159427**<br>**New Logic Business Loans Inc**<br>**% Stein & Rotman**<br>**105 W Madison Ste 600**<br>**Chicago, IL  60602** | | | | | | | 0.00 |
| ACCOUNT NO. **2012 A 4114 - 1**<br>**New Logic Business Loans Inc**<br>**% Vincent E Aubrey, Esq**<br>**2015 Vaughn Road, Bldg 500**<br>**Kennesaw, GA  30144** | | | | | | | 0.00 |
| ACCOUNT NO. **123498728**<br>**NewLogic Business Loans Inc**<br>**300 Ledgewood Place, Ste 301**<br>**Rockland, MA  02370** | X | | **High interest business loan taken in February 2012 secured by corporate receivables accounts and assets, which are subject to superior lien of LSQ Funding; Corporation contract personally guaranteed by Debtor and spouse** | | | | 60,000.00 |
| ACCOUNT NO.<br>**AFI Resources Inc**<br>**20283 State Road 7**<br>**Boca Raton, FL  33498** | | | **Assignee or other notification for:**<br>**NewLogic Business Loans Inc** | | | | |
| ACCOUNT NO. **1234853383**<br>**NewLogic Business Loans Inc**<br>**300 Ledgewood Place, Ste 301**<br>**Rockland, MA  02370** | X | | **Additional business loan taken _____; also personally guaranteed by Debtor and spouse** | | | | 25,250.00 |
| ACCOUNT NO. **83400**<br>**O'Malley & Kwit**<br>**Certified Public Accountants**<br>**321 North Clark Street, #930**<br>**Chicago, IL  60654** | | | **business accounting services** | | | | 120,000.00 |
| ACCOUNT NO. **WC857470**<br>**Pekin Insurance Group**<br>**% Caine & Weiner**<br>**1699 E Woodfield Rd #360**<br>**Schaumburg, IL  60173** | | | | | | | 600.00 |

Sheet no. _____ **8** of _____ **14** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **205,850.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Paradise, Michael
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **PFI, LLC Dba Vertex Distribution** <br> **% The CBK Firm** <br> **30 N LaSalle St, Ste 1520** <br> **Chicago, IL 60602** | | | for notice purposes as collection attorneys for Vertex Distribution | | | | 0.00 |
| ACCOUNT NO. **21-01-005384104515** <br> **PNC Bank NA** <br> **P5-PCLC-A1-N** <br> **2730 Liberty Avenue** <br> **Pittsburgh, PA 15222** | | | Personal loan put into business | | | | 15,701.89 |
| ACCOUNT NO. <br> **Porteous Fastener Company** <br> **Attn: Jeff Adams** <br> **POBox 731718** <br> **Dallas, TX 75373-1718** | | | business supplier; multiple invoices | | | | 300,000.00 |
| ACCOUNT NO. <br> **Ramco Specialties Inc** <br> **5369 Hudson Drive** <br> **Hudson, OH 44236-3777** | | | business supplier | | | | 5,710.00 |
| ACCOUNT NO. <br> **Ramco Specialties Inc** <br> **% Tucker Ellis & West LLP** <br> **925 Euclid Ave; 1150 Huntington Bldg** <br> **Cleveland, OH 44115-1414** | | | for notice purposes | | | | 0.00 |
| ACCOUNT NO. **3-0551-0054013** <br> **Republic Services** <br> **Arc Disposal** <br> **2101 S Busse Rd** <br> **Mt Prospect, IL 60056-5566** | | | business services | | | | 850.00 |
| ACCOUNT NO. <br> **ROCKFORD FASTENER** <br> **POBOX 884** <br> **ROCKFORD, IL 61105** | | | business supplier; disputed personal liability | | | | 28,398.89 |

Sheet no. ___**9**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ 350,660.78

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Paradise, Michael**                                                Case No. _____

_Debtor(s)_

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ronald B Rich Esq**<br>**Ronald B Rich & Assoc**<br>**30665 Northwest Hwy #280**<br>**Farmington Hills, MI  48334** | | | **collector for Detroit Washer** | | | | 0.00 |
| ACCOUNT NO.<br>**S A & R Sales & Marketing Inc**<br>**% Jason L Pyrz; Meltzer Purtill Et Al**<br>**1515 E Woodfield Rd, 2d Floor**<br>**Schaumburg, IL  60173** | X | | **Collection action for unpaid invoices** | | | | 0.00 |
| ACCOUNT NO.<br>**S A & R Sales & Marketing Inc**<br>**950 W Main Street #151**<br>**Lake Zurich, IL  60047** | | | **Approx 12 invoices from Dec 2011 thru July 2012; debtor disputes liability and amount Subject to Setoff** | | | X | 66,200.00 |
| ACCOUNT NO.<br>**S A & R Sales & Marketing Inc**<br>**% Monica Paine; Meltzer Purtill Et Al**<br>**300 S Wacker Drive #3500**<br>**Chicago, IL  60606** | | | **For notice purposes** | | | | 0.00 |
| ACCOUNT NO.<br>**SB&W CORP**<br>**POBOX 113196**<br>**STAMFORD, CT  06911-319** | | | | | | | 119,982.67 |
| ACCOUNT NO.<br>**SEMS & SPECIALS INC**<br>**6483 FALCON ROAD**<br>**ROCKFORD, IL  61109** | | | **business supplier; debtor disputes personal liability** | | | | 140,710.72 |
| ACCOUNT NO.<br>**Sethna & Cook PC**<br>**Attn: Jason Cook, Esq**<br>**1900 Spring Road, Ste 503**<br>**Oakbrook, IL  60523** | | | **legal fees as counsel for Debtor and Debtor's company** | | | | 6,400.00 |

Sheet no. _____**10**____ of _____**14**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **333,293.39**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06) - Cont.

IN RE **Paradise, Michael**
_____
Debtor(s)                                    Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**SIX-2 FASTENER IMPORTS INC**<br>**2 BUCKS LANE SUITE 7**<br>**MARLBORO, NJ  07746** | | | | | | | 13,518.93 |
| ACCOUNT NO. **157309**<br>**STAR STAINLESS**<br>**POBOX 48043**<br>**NEWARK, NJ  07101-484** | | | business account; disputed personal liability | | | | 14,200.00 |
| ACCOUNT NO. **12-AR 2477**<br>**Star Stainless Screw Co**<br>**% Teller Levit & Silvertrust PC**<br>**19 South LaSalle St, Ste 701**<br>**Chicago, IL  60603** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**SUPERIOR INDUSTRIAL SUPPLY CO**<br>**7300 N OAK PARK AVE**<br>**NILES, IL  60714** | | | separately listed by collection attorney | | | | 0.00 |
| ACCOUNT NO. **2012 M1 165135**<br>**Superior Industrial Supply Co**<br>**% Kalcheim Haber LLP**<br>**134 North LaSalle St #2100**<br>**Chicago, IL  60602** | | | business account; personal liability disputed | | | X | 18,000.00 |
| ACCOUNT NO. **6269**<br>**Superior Washer & Gasket Corp**<br>**POBox 8000 Dept 190**<br>**Buffalo, NY  14267** | | | business supplier | | | | 240.00 |
| ACCOUNT NO.<br>**Superior Washer & Gasket Corp**<br>**170 Adams Avenue**<br>**Hauppauge, NY  11788-3612** | | | For notice purposes | | | | 0.00 |

Sheet no. ____**11**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **45,958.93**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

**IN RE** Paradise, Michael

Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**SWD Inc**<br>**910 Stiles Dr**<br>**Addison, IL  60101** | | | business supplier; several orders | | | | 5,000.00 |
| ACCOUNT NO.<br>**Trustee, Rackow Trust**<br>**446 Hiawatha Trail**<br>**Wooddale, IL  60191** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**U S BANK**<br>**POBOX 790408**<br>**ST LOUIS, MO  63179-040** | | | | | | | 6,182.41 |
| ACCOUNT NO. **2816066**<br>**ULINE**<br>**2200 S Lakeside Drive**<br>**Waukegan, IL  60085** | | | business supplies | | | | 220.00 |
| ACCOUNT NO. **2816066**<br>**ULINE Shipping Supplies**<br>**% AG Adjustments**<br>**740 Walt Whitman Road**<br>**Melville, NY  11747-9090** | | | For notice purposes | | | | 0.00 |
| ACCOUNT NO. **EA6436**<br>**UPS**<br>**POBox 7247-0244**<br>**Philadelphia, PA  19170-0001** | | | business shipping | | | | 850.00 |
| ACCOUNT NO. **425838000-02**<br>**UPS**<br>**% RMS**<br>**POBox 20543**<br>**Lehigh Valley, PA  18002** | | | For notice purposes | | | | 0.00 |

Sheet no. ___**12**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **12,252.41**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE **Paradise, Michael**
_____    Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **EA6436**<br>**UPS**<br>**% DebtAlert**<br>**POBox 539**<br>**Richfield, OH  44266-9619** | | | **For notice purposes** | | | | **0.00** |
| ACCOUNT NO. **4798-5312-0993-7178**<br>**US Bank**<br>**Cardmember Services**<br>**POBox 6335**<br>**Fargo, ND  58125-6335** | | | | | | | **6,800.00** |
| ACCOUNT NO. **0000-3000-696-284**<br>**US Bank**<br>**POBox 2188**<br>**Oshkosh, WI  54903-2188** | | | **business line of credit** | | | | **95,000.00** |
| ACCOUNT NO. **199373000000**<br>**US Bank**<br>**POBox 64991**<br>**St Paul, MN  55164-9505** | | | | | | | **5,600.00** |
| ACCOUNT NO. **421271172-H**<br>**USF Holland**<br>**% RMS; 4836 Brechsville Rd**<br>**POBox 523**<br>**Richfield, OH  44286** | | | **business supplier** | | | | **1,285.00** |
| ACCOUNT NO. **1250314**<br>**Vertex Distribution Inc**<br>**% Greenberg Grant & Richards Inc**<br>**5858 Westheimer Rd #300**<br>**Houston, TX  77057** | | | **business supplier** | | | | **6,200.00** |
| ACCOUNT NO.<br>**VERTEX FASTENERS NW5943**<br>**POBOX 1450**<br>**MINNEAPOLIS, MN  55485-594** | | | | | | | **15,025.76** |

Sheet no. ___**13**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **129,910.76**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Paradise, Michael** _____    Case No. _____
                                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **236625001**<br><br>**Village Of Bensenville<br>12 South Center Street<br>Bensenville, IL 60106** | | | **business utility services** | | | | **250.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**14**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **250.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **2,367,031.18**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**